NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MANDINGO BOOBYYAA, DOC #250833,  )
)
        Appellant,  )
)
v.  )      Case No. 2D18-3165
)
STATE OF FLORIDA,  )
)
        Appellee.  )
_____ )

Opinion filed March 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b) (2) from the Circuit Court for
Hillsborough County; Michelle D. Sisco.

Mandingo Boobyyaa, pro se.


PER CURIAM.


      Affirmed.


KHOUZAM, LUCAS, and ATKINSON, JJ., Concur.